835 A.2d 320

IN THE MATTER OF REGISTRANT W.J.

October 1, 2003.

This matter having come before the Court by its Order granting a petition for certification of the judgment in A–3092–02T1; and

The Court having received notification from the Sussex County Prosecutor on behalf of the State that W.J.'s name will not appear on the Internet registry as a result of his reclassification under Megan's Law; and

The Court having considered the papers submitted by counsel for W.J. arguing that notwithstanding this reclassification, the Court should still consider the appeal, and good cause appearing;

IT IS ORDERED that the appeal is dismissed as moot.

835 A.2d 320

THE UNION COUNTY DEMOCRATIC COMMITTEE, ET AL., PLAINTIFFS–RESPONDENTS, v. MARTIN MARKS, REPUBLICAN CANDIDATE FOR NEW JERSEY SENATOR, 22ND LEGISLATIVE DISTRICT, DEFENDANT–MOVANT, AND HON. JOANNE RAJOPPI, ETC., ET AL., DEFENDANTS.

October 15, 2003.

Denied.